1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12   DAVID SAMPSON HUNTER,               )   Case No. C 14-5389 PSG (PR)
                                        )
13                 Plaintiff,           )   **ORDER**
                                        )
14        v.                            )
                                        )
15   SANTA ROSA SHERIFF'S               )
     DEPARTMENT, et al.,                )
16                                      )
                   Defendants.          )
17   _____)

18        David Hunter, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. §

19   1983.  Hunter also filed a motion for leave to proceed in forma pauperis ("IFP").  On April 8,

20   2015, the court issued an order to show cause why Hunter's motion for IFP should not be denied

21   pursuant to 28 U.S.C. § 1915.  On May 19, 2015, the court denied Hunter's motion to proceed

22   IFP, and dismissed this case without prejudice under 28 U.S.C. § 1915.  Hunter was instructed

23   that he could refile his claims in a new case in which he paid the filing fee.  Rather than comply

24   with the court's order, Hunter has instead filed four additional documents since the court's May

25   19, 2015 order.

26        The Clerk shall terminate the motions.  No further filings shall be accepted in this closed

27   case.

28   //

Case No. C 14-5389 PSG (PR)
ORDER

1          IT IS SO ORDERED.

2    DATED: 6/23/2015

                                        PAUL S. GREWAL
3                                        United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 14-5389 PSG (PR)
ORDER                              2